**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

—————————

**No. 18-6483**

—————————

TERRANCE GRIFFIN,

       Plaintiff - Appellant,

    v.

CORRECTIONAL OFFICER CELLMAN; CORRECTIONAL OFFICER EDGARTON; CORRECTIONAL OFFICER BORDEM; CORRECTIONAL OFFICER BLAKELY,

       Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:17-cv-00152-MGL)

—————————

Submitted:  January 17, 2019                        Decided:  January 22, 2019

—————————

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Terrance Griffin, Appellant Pro Se.  Gordon Wade Cooper, BUYCK, SANDERS & SIMMONS, LCC, Mt. Pleasant, South Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffin v. Cellman*, No. 0:17-cv-00152-MGL (D.S.C. March 22, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*